AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>$149,000 held in Wells Fargo Bank<br>account number 359901■■■ | )<br>)<br>) Case No.  2:21-cr-674<br>)<br>) |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of ___Minnesota___ is subject to forfeiture to the United States of America under ___18___ U.S.C. § ___981___ *(describe the property)*:

$149,000 in funds currently located in the TARGET ACCOUNT, which is described in more detail in the affidavit of Special Agent Susan Thomas.

The application is based on these facts:
See Affidavit of Special Agent Susan Thomas

☑ Continued on the attached sheet.

*Applicant's signature*

Susan Thomas, DEA SA
*Printed name and title*

Sworn to me via telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)

Date: 09/16/2021

City and state: Charleston, SC

Molly H. Cherry, United States Magistrate Judge
*Printed name and title*

[Print]  [Save As...]  [Attach]  [Reset]