AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| 2:21-cr-674 | Return | |
|---|---|---|
| Case No.: <br> ML-19-0075 | Date and time warrant executed: <br> 9-~~17~~ 2021 | Copy of warrant and inventory left with: <br> Sherry Bluemel |
| Inventory made in the presence of: <br> NA | | |

Inventory of the property taken:

Account # 359901█████ was seized. Total amount seized from the account was $127,593.82.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10-12-2021

_____
Executing officer's signature

Tyler Parker
_____
Printed name and title